```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 07-384

GWENDOLYN MOYO                              SECTION: "J"


**ORDER**

Defendant Gwendolyn Moyo has filed a motion requesting free copies of the transcripts of all her pretrial proceedings **(Rec. Doc. 564)** in conjunction with her pro se motion to vacate pursuant to 28 U.S.C. § 2255 **(Rec. Doc. 540)**. Section § 753(f), Title 28 of the United States Code provides, in pertinent part, as follows:

> **Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall also be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.**

See also Fisher v. Hargett, 997 F. 2d 1095 (5th Cir. 1993) (citing Britt v. North Carolina, 404 U.S. 226, 227 (1971)); United States v. MacCollum, 426 U.S. 317 (1976); 18 U.S.C. § 3006A(e)(1).

Defendant Moyo has not specified exactly which pretrial proceedings she is requesting transcripts for, or why those

transcripts are necessary for the purposes of her Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255.  Accordingly, at the present time, the Court is unable to determine whether the transcripts are necessary to decide her Motion to Vacate Sentence.  Defendant must hereafter provide a more definite request and the reasons therefore before the Court will consider her Motion to Receive Transcripts and Copies in Forma Pauperis (Rec. Doc. 564).

New Orleans, Louisiana this 26th day of October, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE